AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

STATE OF NEVADA,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

                            CASE NUMBER:  **3:08-CV-00505-BES-VPC**

DAVID MATLEAN,

      Defendant.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Court ADOPTS and ACCEPTS the Report and Recommendation (#4). IT IS HEREBY ORDERED that the defendant's Notice of Removal (#1-2) is DENIED and defendant's Application to Proceed Without Prepayment of fees (#1) is denied as MOOT. IT IS FURTHER ORDERED that this case is DISMISSED with prejudice.

   June 24, 2009                                           **LANCE S. WILSON**
                                                                              Clerk

                                                                             /s/ D. R. Morgan
                                                                              Deputy Clerk